AO 442 (Rev. 3/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Minnesota

Debi Piscitiello

**WARRANT FOR ARREST**

v.

CASE NUMBER: 11-cv-2204 (RHK/AJB)

Delanor, Kemper & Associates, LLC

To: The United States Marshal

and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:  Wilton Caver

and bring him before Chief United States Magistrate Judge Arthur J. Boylan to address his and Delanor's failures to comply with this Court's prior Orders (Doc. Nos. 18, 23, 25, 28). The United States Marshal is further COMMANDED to detain Caver until he purges the contempt by (1) either providing the post-judgment discovery ordered by Judge Boylan (see Doc. Nos. 18, 25) or paying the Judgment entered in this action (see Doc. No. 16) *and* (2) paying the daily sanction imposed upon Delanor by Order dated July 18, 2013 (Doc. No. 28) or explaining why Delanor lacks the ability to pay.

Ordered by:          Richard H. Kyle, United States District Court Judge.

s/Thomas S. Schappa                         November 12, 2013 at Minneapolis, MN
(By)   Thomas S. Schappa, Deputy Clerk

AO 442 (Rev. 5/93) Warrant for Arrest

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____   Date of Arrest: _____

Name and Title of Arresting Officer   Signature of Arresting Officer

criminalwarrant.frm

DC Modified 5/17/07