ORIGINAL

FILED IN CHAMBERS
NOV 19 2013
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBI PISCITIELLO, | ) | |
| | ) | Miscellaneous No. |
| Plaintiff, | ) | |
| | ) | 1:13-mi-170-AJB[1] |
| v. | ) | |
| | ) | |
| DELANOR, KEMPER & ASSOCIATES, LLC, | ) | [Civ. No. 11-2204-RHK/AJB (D. Minn)] |
| | ) | |
| Defendant. | ) | |
| | ) | |
| WILTON CAVER, | ) | |
| | ) | |
| Contemnor. | ) | |

## ORDER

Wilton Caver was arrested this date by the U.S. Marshal in this District following the issuance of a bench warrant by Hon. Richard H. Kyle, United States District Judge, in *Piscitiello v. Delanor, Kemper & Associates, LLC*, Civ. No. 11-2204-RHK/AJB) (D. Minn. Nov. 12, 2013) [ECF Doc. 30]. Caver appeared before the undersigned this date.

---

[1] At the hearing before the undersigned, the case initially was numbered 1:13-MJ-1677-AJB.

AO 72A
(Rev.8/82)

The U.S. Marshal **SHALL DETAIN** Caver and is **DIRECTED** to transport Caver to the District of Minnesota to appear before Chief United States Magistrate Judge Arthur J. Boylan as directed by Judge Kyle's November 12, 2013, Order.

Caver **SHALL** be housed in a detention or suitable corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Caver shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States, the person in charge of the corrections facility shall deliver Caver to the U.S. Marshal or his/her designee for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**, this the \_\_19th\_\_ day of \_\_November\_\_, 2013.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A (Rev.8/82)